**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com

Attorneys for Defendants, CITY OF ROSEVILLE, OFFICER KOENIG, OFFICER SANCHEZ, OFFICER HANCOCK
*Exempt from filing fee pursuant to Government Code section 6103*

# UNITED STATE DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE PANSOY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF ROSEVILLE, OFFICER FRANKLIN, OFFICER KOENIG, OFFICER SANCHEZ, OFFICER HANCOCK, DOES 1-30,<br><br>    Defendants.<br>_____ / | **Case No.: 2:25-cv-00889-TLN-CSK**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND OTHER MATTERS; ORDER**<br><br>Compl. Filed: 3/18/2025<br>Trial Date: |

Plaintiff JASMINE PANSOY ("Plaintiff") and Defendants CITY OF ROSEVILLE, OFFICER FRANKLIN, OFFICER KOENIG, OFFICER SANCHEZ, and OFFICER HANCOCK (collectively "Defendants") (Plaintiff and Defendants collectively referred to as "the parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. The parties have explored the possibility of early settlement negotiations. To that end, Defendants have informally agreed to share documents related to the subject incident with Plaintiff. Further, Plaintiff contends obtaining Defendant Franklin's deposition testimony is necessary to having productive settlement discussions.

2. The parties stipulate that Plaintiff should be afforded leave to take Defendant Franklin's deposition as soon as the parties are available for the depositions, on a date to be mutually agreed upon by the parties.

3. The parties intend to schedule a mediation or settlement conference to occur in June 2025.

4. The parties stipulate it will promote efficiency for the parties and Court to extend the deadline for Defendants to file their respective responsive pleadings to Plaintiff's Complaint until after a mediation or settlement conference is completed. Thus, the parties stipulate Defendants' deadline to file their respective responsive pleadings should be extended to July 21, 2025.

**IT IS SO STIPULATED.**

Dated:   April 17, 2025                    PORTER SCOTT
                                           A PROFESSIONAL CORPORATION

                                           By:   /s/ *William E. Camy*
                                                 William E. Camy
                                                 Attorney for Defendant CITY OF
                                                 ROSEVILLE, OFFICER KOENIG,
                                                 OFFICER SANCHEZ, OFFICER
                                                 HANCOCK

Dated:   April 15, 2025                    LAW OFFICE OF JOSEPH DAVID MANUEL

                                           By:   /s/ *Joseph David Manuel*
                                                 Joseph David Manuel
                                                 Attorney for Plaintiff

Dated:   April 15, 2025                    ANGELO, KILDAY & KILDUFF, LLP

                                           By:   /s/ *Derick E. Konz*
                                                 Derick E. Konz
                                                 Attorney for Defendant OFFICER
                                                 FRANKLIN

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND OTHER MATTERS; ORDER

# **ORDER**

Having reviewed the foregoing stipulation, and good cause appearing, the Court hereby orders as follows:

1. Plaintiff is granted leave to obtain the deposition of Defendant Franklin as soon as the parties are mutually available.
2. The deadline for Defendants to file their respective responsive pleadings to Plaintiff's Complaint is extended to July 21, 2025.

**IT IS SO ORDERED.**

Dated: April 17, 2025

_____
Troy L. Nunley
Chief United States District Judge