**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com

Attorneys for Defendants, CITY OF ROSEVILLE, OFFICER KOENIG, OFFICER SANCHEZ, OFFICER HANCOCK
*Exempt from filing fee pursuant to Government Code section 6103*

# UNITED STATE DISTRICT COURT IN AND FOR
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE PANSOY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF ROSEVILLE, OFFICER FRANKLIN, OFFICER KOENIG, OFFICER SANCHEZ, OFFICER HANCOCK, DOES 1-30,<br><br>    Defendants. | Case No.: 2:25-cv-00889-TLN-CSK<br><br>**STIPULATION FOR SETTLEMENT CONFERENCE; ORDER**<br><br>Compl. Filed: 3/18/2025<br>Trial Date: |

The parties, by and through their respective counsels of record, hereby stipulate as follows:

1. This matter be set for an early settlement conference to be conducted before Magistrate Judge Carolyn Delaney on June 20, 2025, at 9:30 a.m., via ZOOM.

**IT IS SO STIPULATED.**

Dated:   April 21, 2025        PORTER SCOTT
                               A PROFESSIONAL CORPORATION

                               By:   /s/ *William E. Camy*
                                     William E. Camy
                                     Attorney for Defendant CITY OF
                                     ROSEVILLE, OFFICER KOENIG,
                                     OFFICER SANCHEZ, OFFICER
                                     HANCOCK

| | | |
|---|---|---|
| Dated: April 21, 2025 | | LAW OFFICE OF JOSEPH DAVID MANUEL |
| | By: | /s/ *Joseph David Manuel* |
| | | Joseph David Manuel |
| | | Attorney for Plaintiff |
| Dated: April 21, 2025 | | ANGELO, KILDAY & KILDUFF, LLP |
| | By: | /s/ *Derick E. Konz* |
| | | Derick E. Konz |
| | | Attorney for Defendant OFFICER FRANKLIN |

# ORDER

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference, and finding good cause, hereby Orders as follows:

1. This matter approves the setting of an early settlement conference to be conducted before Magistrate Judge Carolyn Delaney on June 20, 2025 at 9:30 a.m., Via ZOOM.

**IT IS SO ORDERED.**

Date:   April 21, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE